**EOD DEC 0 1 2000**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )

MICHAEL KUCHEJDA ) Case No. 99 B 13732
SSN: 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 )
 ) Chapter 11
 )
Debtor and Debtor in Possession ) Bankruptcy Judge
 ) John D. Schwartz
 )
Address:  1720 Linden Ave. ) Hearing Date: December 18, 2000
  Park Ridge, IL 60068 ) Hearing Time: 10:00 A.M.

## FOURTH AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES AND MOTION FOR HEARING, INSTANTER

FORREST L. INGRAM, P.C., ("Applicant") duly appointed attorney for Debtor

and Debtor in Possession, hereby makes final application for compensation pursuant to

Section 331 of the United States Bankruptcy Code and Rule 2016 and Local Rule 607

and requests that this Honorable Court enter an order allowing compensation for legal

services rendered and reimbursement of expenses incurred from July 17, 2000 through

December 18, 2000 and in support thereof states as follows:

1.     On April 28, 1999, Debtor filed for relief under Chapter 11 under the

United States Bankruptcy Code.  Debtor remains in possession of its assets.

2.     On May 10, 1999, this Court entered an order approving the appointment

of Forrest L. Ingram as attorney of record for Debtor and Debtor in Possession.  A Copy

of the Order is attached, marked **Exhibit A**, and is made part of this pleading.

238

3.     On February 22, 2000 this Court granted applicant's first application for compensation in the sum of $20,652.00 for fees and $646.98 for expenses, and authorized counsel to apply the retainer to that award.

4.     On February 16, 2000, this Court granted Applicant's Second Application for Compensation in the sum of $18,818.00 in fees and $152.23 in costs.

5.     On September 18, 2000 this Court granted Applicant's Third Application for Compensation in the sum of $53,652.50 in fees and $1,593.00 in costs.

6.     The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from July 17, 2000 through December 18, 2000 are scheduled in detail to the tenth of an hour and arranged by natures in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to Debtor with a request for review of the details, and objections, if any. Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

7.     The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from July 17, 2000 through December 18, 2000 are likewise scheduled in detail to the tenth of an hour and arranged by attorneys, and sub-sorted by natures in **Exhibit C**, attached hereto.

8.     A summary of costs incurred by Forrest L. Ingram, P.C., is attached hereto as **Exhibit D**, along with sufficient details to support the summary.

9.     A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit E**.

10.     All services for which compensation is requested were in connection with these bankruptcy proceedings, and were not services in any other matter. All services

performed after the commencement of the above-entitled proceedings were in connection

with the performance of duties of the Debtor and Debtor in Possession as prescribed by

the Bankruptcy Code or pursuant to orders of this Court.

11.    Applicant requests the allowance of payment of compensation during the

period July 17, 2000 through December 18, 2000 in the sum of $9,825.00 for legal

services.

12.    The services rendered by Applicant were directly related and necessary to

the administration and preservation of this estate and are for the time period July 17, 2000

through December 18, 2000.

14.    HOURS OF SERVICES PROVIDED BY CATEGORY and ATTORNEY

AND CLERK TIMES – Forrest L. Ingram, P.C. provided a total of 46.00 hours of

services during this period.  The hours, broken down by employee of Forrest L. Ingram,

P.C., are summarized in the attached exhibits.  They are as follows:

**a. DS&P**  Approximately 14.80 hours (Forrest L. Ingram (FLI), 12.90 hours; Julie

Boynton (JB), 1.20 hours; Sherizaan Minwalla (SM), .70 hours) of time and services

were rendered related to reviewing Debtor's Disclosure Statement and Plan, including

necessary actions to secure the approval of the Disclosure Statement and confirmation of

the Plan, reviewing client's financial records, preparing for Court appearances, filing

documents with the Court, defending client against objections to Disclosure Statement

and Plan, corresponding with the Trustee and with opposing counsel, and corresponding

with client.  As a result of such activity, Debtor's Second Amended Disclosure Statement

was finally approved, and Debtor's Second Amended Plan was confirmed.  Further, on

the effective date, all payments required to be made to priority tax claimants, post-

petition priority claimants, and general counsel claimants without priority were made and

a Report of Disbursements was filed with the Court, along with a motion to close the

case.

**b. Fee**  Approximately 15.40 hours (FLI, 4.00 hours; Ryan Haas (RH), 8.90

hours; SM, 2.50 hours) of time and services were rendered related to the preparation of

3rd interim fee application and this final fee application, including necessary review of

time sheets and preparation of exhibits, drafting and revising the fee application, filing

documents with the Court, and preparing for Court appearances.  The third interim fee

application was granted on September 18, 2000 and this final application is set for

hearing on December 18, 2000.

**c. M&I**  Approximately 1.10 hours (FLI, .80 hours; SM, .30 hours) of time and

services were rendered related to the settlement with M&I, including corresponding with

Kimberly Weissman and delivering copy of agreed order to Ms. Weissman and to Judge

Schwartz.  As a result, all matters relating to M&I were settled and M&I was paid in full

on its post-petition claim on the effective date.

**d. Obj.**  Approximately 7.00 hours (FLI, 3.80 hours; JB, .90 hours; SM, 2.30

hours) of time and services were rendered related to defending Debtor against claims

filed by creditors, including researching, drafting and revising objections to claims, filing

objections with the Court, meeting with client regarding settlement options, meeting and

corresponding with opposing counsels to discuss settlements, and preparing for Court

appearances.  As a result of such activity, the Court entered an Agreed Order resolving

the claims of the IRS, the IDR, Avatar Properties, and Heller First Capital Corp.  All

other objections filed by Debtor were sustained and those claims were disallowed in their entirety.

**e. Trste** Approximately 1.90 hours (FLI, 1.50 hours; JB, .40 hours) of time and services were rendered related to correspondence with the Trustee, including correspondence regarding Debtor's tax returns, correspondence regarding settlements and confirmation. As a result, the trustee was fully informed of the status of ongoing negotiations and agreements, and assisted the parties in achieving a positive outcome of this case.

**f. Tx** Approximately 5.80 hours (FLI, 5.30 hours; JB, .50 hours) of time and services were rendered related to Debtor's tax returns and the tax returns of related entities, including reviewing tax documents, corresponsing with Jim Newbold at the Illinois Department of Revenue and Greg Stull of the Office of the District Counsel for the Internal Revenue Service, reviewing Debtor's tax returns, and corresponding with client and with George Towne to complete an agreement with the IRS. As a result of such activity, individual and estate tax returns were filed and several of the taxing bodies, and agreements were reached allowing resolution of objections and confirmation of Debtor's Plan.

15.    HOURS OF SERVICES PROVIDED BY ATTORNEY AND CLERKS- the firm provided a total of approximately 46.00 hours of service, broken down by attorney and clerk as follows:

a. Attorney Forrest L. Ingram provided approximately 28.30 hours of services at $300 per hour including supervising and planning all aspects of the reorganization and

administration of the bankruptcy case, counseling clients, negotiating with opposing parties, and responding to motions.

b. Attorney Julie Boynton provided approximately 3.00 hours of services at $200 per hour, reviewing reports, drafting motions and corresponding with client and opposing parties.

c. Clerk Ryan Haas provided approximately 8.90 hours of services at $50 per hour, drafting and revising the 3rd Fee Application and this final fee application, and assisting in preparing and distributing court filings.

d. Clerk Sherizaan Minwalla provided approximately 5.80 hours of services at $50 per hour, assisting in preparing and distributing court filings and conducting research.

16.     Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

17.     Applicant has expended costs in the amount of $303.00 which are detailed in **Exhibit D**.  These costs include the usual costs involved in bankruptcy administration and include only those costs which were provided for in the Debtor's contract with attorney.

18.     This Application and a Notice for Hearing on the Interim Application has been sent to the Debtor, to the U.S. Trustee and to parties entitled to notice.  A Notice for Hearing, Instanter, on this application has likewise been sent to the Debtor, U.S. Trustee, all creditors and all parties in interest, along with a summary of all services and expenses provided by Debtor's counsel to Debtor.  A certificate of service for the Notice has been filed with the Clerk of the Court.

19.    This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

WHEREFORE, Applicant respectfully requests that this Honorable Court deem

service of this motion to be adequate under the circumstances, conduct an appropriate

hearing instanter on Counsel's application, and allow a reasonable fee to Debtor's

counsel in the sum of $9,825.00 for services for the period July 17, 2000 through

December 18, 2000, plus costs in the amount of $303.00.  Applicant requests that the

Court authorize and direct Debtor to pay Forrest L. Ingram, P.C. the aggregate sum of

$10,128.00 for this final application, as well as all other sums previously awarded by this

Court on prior application of counsel, but not yet paid by Debtor.


                                    Respectfully Submitted,

                                    FORREST L. INGRAM, P.C.


                                    Forrest L. Ingram
                                    Attorney for Debtor


FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 1210
Chicago, IL  60603
312/759-2838
Atty. No. 3120932

**EXHIBIT A**

**ORDER APPROVING EMPLOYMENT
OF DEBTOR'S COUNSEL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| MICHAEL KUCHEJDA., | ) | |
| SSN: 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 | ) | 99 B 13732 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge John D. Schwartz |
| Address: | ) | |
| 1720 S. Linden Avenue | ) | Hearing set for: |
| Park Ridge, IL  60068 | ) | May 10, 1999 at 10:00 a.m |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEY

This matter came to be heard on the application of Debtor and Debtor in

Possession, Michael Kuchejda for authority to employ the attorneys of **FORREST L.**

**INGRAM, P.C.** as his attorneys in these Chapter 11 proceedings.  Due notice having

been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession are

authorized, pursuant to 11 U. § 327(a), to employ Forrest L. Ingram, Julie A. Boynton,

John O. Noland, Jr., and Jonathan Rogers of FORREST L. INGRAM, P.C. to represent

the Debtor and Debtor in Possession in these chapter 11 proceedings upon a general

retainer.  *all compensation on notice and prior order of court,*

Dated:                                    BY THE COURT        **ENTERED**

                                                                                   MAY 1 0 1999

                                    _____
                                    The Honorable John D. Schwartz          JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
                                    Bankruptcy Judge                              UNITED STATES BANKRUPTCY COURT

This document was prepared by
Forrest L. Ingram, P.C.

**EXHIBIT B**

**ATTORNEY TIMES
SORTED BY NATURES AND
SUB-SORTED BY DATE**

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 7/25/00 | DS&P | Mail notice of extended date for balloting to service list; file certificate of service. | SM | 0.70 | $35.00 |
| 8/12/00 | DS&P | Review work needed for confirmation, spoke with Towne re tax returns requested long ago. | FLI | 0.30 | $90.00 |
| 8/17/00 | DS&P | Meet with client re tax returns and other matters needed for confirmation. | FLI | 0.20 | $60.00 |
| 8/25/00 | DS&P | Spoke with Towne re tax returns for estate, spoke with client re fees, voting, and other matters. | FLI | 0.40 | $120.00 |
| 9/2/00 | DS&P | Spoke with client re meeting today to prepare for confirmation. | FLI | 0.10 | $30.00 |
| 9/5/00 | DS&P | Prepare for hearing,on adequacy of disclosure statement and confirmation of plan;  confer with counsel. | FLI | 0.50 | $150.00 |
| 9/7/00 | DS&P | Spoke with Graham re whether Heller will vote in favor of plan. | FLI | 0.20 | $60.00 |
| 9/7/00 | DS&P | Spoke with Collen re whether Avatar agreement will be forthcoming, including a vote in favor of the plan. | FLI | 0.10 | $30.00 |
| 9/11/00 | DS&P | Spoke with Graham re objection to claim and vote re plan. | FLI | 0.20 | $60.00 |
| 9/14/00 | DS&P | Spoke with George Towne re status of hearing on disclosure statement and plan.  Call to M. Kuchejda; left message. | FLI | 0.30 | $90.00 |
| 10/9/00 | DS&P | Draft detailed letter to client re actions needed to confirm plan. | FLI | 0.50 | $150.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/9/00 | DS&P | Draft and fax letters to Graham, Stall, Lukin, Collen, Towne and Gleason re final actions needed for confirmation. | FLI | 1.80 | $540.00 |
| 10/16/00 | DS&P | Review file, votes for plan. | JB | 0.50 | $100.00 |
| 10/16/00 | DS&P | Call Graham re vote. | JB | 0.10 | $20.00 |
| 10/16/00 | DS&P | Call Collen re vote. | JB | 0.10 | $20.00 |
| 10/16/00 | DS&P | Call Graham re vote, he will oppose. | JB | 0.20 | $40.00 |
| 10/16/00 | DS&P | Call client re status. | JB | 0.10 | $20.00 |
| 10/20/00 | DS&P | Call Towne re  check to be deposited in trust account. | JB | 0.20 | $40.00 |
| 10/23/00 | DS&P | Meet with JB, re status, review settlement draft from Collen re Avatar. | FLI | 0.60 | $180.00 |
| 10/24/00 | DS&P | Meet with JB, re confirmation, get approval from client and Collen re Avatar settlement, revise tax returns. | FLI | 0.30 | $90.00 |
| 10/24/00 | DS&P | Spoke with Towne re revised estate tax returns, cashiers check for plan, and other matters. | FLI | 0.20 | $60.00 |
| 10/24/00 | DS&P | Spoke with client re revised tax returns, Heller And Avatar. | FLI | 0.20 | $60.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/25/00 | DS&P | Conferences with Gleason, Graham, court appearance re confirmation.  Get continuation date. | FLI | 0.40 | $120.00 |
| 11/2/00 | DS&P | Organize file, draft summary of objections sustained, prepare for confirmation. | FLI | 0.50 | $150.00 |
| 11/6/00 | DS&P | Meet with client to prepare for confirmation. | FLI | 0.50 | $150.00 |
| 11/6/00 | DS&P | Spoke with Greg Stull re treatment of IRS in chapter 11 plan. | FLI | 0.30 | $90.00 |
| 11/6/00 | DS&P | Draft Exhibit A to Plan--modification of 2nd Amended Plan--to be attached to order of confirmation. | FLI | 0.60 | $180.00 |
| 11/7/00 | DS&P | Draft new version of Exhibit A.  Spoke with Peter Spier re settlement with Avatar--he will give deed to lots 57 and 58 and release of indebtedness. | FLI | 0.40 | $120.00 |
| 11/8/00 | DS&P | Court appearance re final approval of disclosure statement and confirmation of second amended plan.  Conferences with Gleason, Graham, Spier, Stull and Newbold. | FLI | 1.00 | $300.00 |
| 11/8/00 | DS&P | Review message from Graham.  Revise Agreed Order with Heller.  Revise agreed orders with IRS and IDR. | FLI | 0.70 | $210.00 |
| 11/8/00 | DS&P | Spoke with Peter Spier and Greg Stull to prepare for hearing on disclosure statement and plan. | FLI | 0.40 | $120.00 |
| 11/9/00 | DS&P | Spoke with Peter Spier.  Fax and mail letter to him with copy of agreed order. | FLI | 0.20 | $60.00 |
| 11/9/00 | DS&P | Draft letter to client.  Direct LQ to made copies of documents to convey to client re confirmation and post confirmation tasks. | FLI | 0.50 | $150.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 12/18/00 | DS&P | Prospective: prepare distribution of funds according to plan and report of plan payments, motion to close case. Court appearance re same. | FLI | 1.50 | $450.00 |
| | | **Time by Natures** | | **14.80** | |
| | | **Fee by Natures** | | | **$4145.00** |
| 7/27/00 | Fee | Edit time sheets for fee petition. | FLI | 0.70 | $210.00 |
| 8/3/00 | Fee | Prepare time sheets as exhibits; direct RH to draft third interim fee application. | FLI | 0.40 | $120.00 |
| 8/4/00 | Fee | Started drafting fee application (third) and related documents. | RH | 1.00 | $50.00 |
| 8/9/00 | Fee | Continued drafting 3rd fee application. | RH | 0.30 | $15.00 |
| 8/17/00 | Fee | Finished 1st draft of 3rd interim fee application., gave to FLI for review. | RH | 2.30 | $115.00 |
| 8/17/00 | Fee | Review and revise 3rd fee application for fees. | FLI | 0.50 | $150.00 |
| 8/18/00 | Fee | Revisions to 3rd fee application, typed notice of motion and minute order, sent summary of fees to client, print all documents for FLI . | RH | 3.50 | $175.00 |
| 8/19/00 | Fee | Review and approve 3rd interim fee application. | FLI | 0.30 | $90.00 |
| 8/21/00 | Fee | Complete fee application, edit, copy, file, and serve. | SM | 2.00 | $100.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/22/00 | Fee | Filed notice of hearing re 3rd fee application. | RH | 0.30 | $15.00 |
| 9/12/00 | Fee | Prepare for court and court appearance re 3rd interim fee application, direct JB to revise order. | FLI | 0.50 | $150.00 |
| 9/15/00 | Fee | Edit order for Judge Schwartz, deliver to chambers. | SM | 0.50 | $25.00 |
| 11/13/00 | Fee | Edit time sheets. Discuss prospective fee application with client. Give him copy of time sheets. | FLI | 1.00 | $300.00 |
| 11/13/00 | Fee | Direct RH to prepare 4th fee application. | FLI | 0.10 | $30.00 |
| 11/14/00 | Fee | Prepare 4th fee application, notices, order. | RH | 1.50 | $75.00 |
| 12/18/00 | Fee | Prospective: review and revise fee application; court appearance for entry of order allowing fees. | FLI | 0.50 | $150.00 |
| | | **Time by Natures** | | **15.40** | |
| | | **Fee by Natures** | | | **$1770.00** |
| 7/26/00 | M&I | Call to Weissman, final agreement on text of settlement, draft cover letter, messenger with 4 originals of agreement. | FLI | 0.80 | $240.00 |
| 7/26/00 | M&I | Deliver copy of agreed order to Kimberly Weissman to sign and bring to Judge Schwartz. | SM | 0.30 | $15.00 |
| | | **Time by Natures** | | **1.10** | |
| | | **Fee by Natures** | | | **$255.00** |

5

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| 7/17/00 | Obj | Revise objection to Heller claim; copy, file, and serve. | SM | 1.00 | $50.00 |
| 8/3/00 | Obj | Spoke with Brian Graham re objection to Heller's claim and confirmation of plan. | FLI | 0.30 | $90.00 |
| 9/11/00 | Obj | Spoke with Collen re whether Avatar agreement is moving forward. | FLI | 0.20 | $60.00 |
| 9/12/00 | Obj | Spoke with Collen re agreed order brought to court by associate. | FLI | 0.20 | $60.00 |
| 9/12/00 | Obj | Draft certificates of service for 7 orders allowing objections to claims, mail orders and objections and file certificate of service. | SM | 1.30 | $65.00 |
| 10/5/00 | Obj | Spoke with client re settlement with Avatar. | FLI | 0.20 | $60.00 |
| 10/20/00 | Obj | Review stipulation, discuss with FLI. | JB | 0.20 | $40.00 |
| 10/20/00 | Obj | Call Collen re Avatar. | JB | 0.20 | $40.00 |
| 10/23/00 | Obj | Call from Collen, revised stipulation. | JB | 0.20 | $40.00 |
| 10/23/00 | Obj | Call from Lukin re objection to IDR claim. | JB | 0.10 | $20.00 |
| 10/24/00 | Obj | Call from Collen re getting Elizabeth to sign off on stipulation. | JB | 0.20 | $40.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| 10/25/00 | Obj | Meet with Newbold re proof of claim and client's objection, also re amended 1041-x form. | FLI | 0.40 | $120.00 |
| 10/25/00 | Obj | Spoke with Collen re agreement with client re return of property to Avatar. | FLI | 0.20 | $60.00 |
| 10/30/00 | Obj | Spoke with Greg Stull re power of attorney for Towne to discuss estate and individual returns, agreement re proof of claim, and settlement of claim. | FLI | 0.30 | $90.00 |
| 11/2/00 | Obj | Review file, draft letter to Collen, fax. | FLI | 0.30 | $90.00 |
| 11/2/00 | Obj | Refax letter to Collen. | FLI | 0.10 | $30.00 |
| 11/6/00 | Obj | Draft letter to Brian Graham; fax to him with copies of Exhibit A and other documents. | FLI | 0.60 | $180.00 |
| 11/6/00 | Obj | Call to John Collen re Agreed Order with Avatar. Letter to Collen re same. Fax and messenger to Collen. | FLI | 0.40 | $120.00 |
| 11/7/00 | Obj | Spoke with George Towne re final revised tax returns, trustee's fees, and settlement with IRS. | FLI | 0.20 | $60.00 |
| 11/7/00 | Obj | Spoke with Brian Graham re settlement with Heller. Draft agreed order re objection to claim. Draft letter to Brian. Fax with Agreed Order and Exhibit A. | FLI | 0.40 | $120.00 |

**Time by Natures**      **7.00**

**Fee by Natures**      **$1435.00**

| 9/6/00 | Trste | Fax letter to Gleason with 1999 federal estate tax returns. | FLI | 0.20 | $60.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| 9/6/00 | Trste | Draft and fax letter to Gleason, state tax returns. | FLI | 0.20 | $60.00 |
| 9/11/00 | Trste | Draft and fax letter to Gleason re update on hearing. | FLI | 0.20 | $60.00 |
| 10/20/00 | Trste | Call trustee re confirmation. | JB | 0.10 | $20.00 |
| 10/23/00 | Trste | Call Gleason re extension of time. | JB | 0.30 | $60.00 |
| 11/6/00 | Trste | Draft letter to Katy Gleason; fax to her with copies of Exhibit A, settlement with Avatar, and other documents. | FLI | 0.70 | $210.00 |
| 11/7/00 | Trste | Draft and fax letter to K. Gleason re status of settlements and readiness to confirm plan. | FLI | 0.20 | $60.00 |

**Time by Natures**                                                  **1.90**

**Fee by Natures**                                               **$530.00**

| | | | | | |
|---|---|---|---|---|---|
| 7/19/00 | Tx | Spoke with Rick Fogel re closing statement on Kedzie sale. | FLI | 0.20 | $60.00 |
| 8/2/00 | Tx | Spoke with George Towne re estate returns for 1999 and other matters. | FLI | 0.20 | $60.00 |
| 9/2/00 | Tx | Spoke with Towne re IRS claim against estate. | FLI | 0.10 | $30.00 |
| 9/2/00 | Tx | Spoke with client re tax returns, confirmation. | FLI | 0.20 | $60.00 |

8

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 9/2/00 | Tx | Spoke with Towne re estate returns. | FLI | 0.20 | $60.00 |
| 9/5/00 | Tx | Spoke with Towne re tax returns to be sent to me by overnight mail. | FLI | 0.20 | $60.00 |
| 9/6/00 | Tx | Review and file tax returns at IRS and IDR. | FLI | 0.60 | $180.00 |
| 9/6/00 | Tx | Draft and fax letter to Newbold, copies of state tax returns. | FLI | 0.20 | $60.00 |
| 9/6/00 | Tx | Spoke with Greg re tax returns, draft letter to him, fax with returns. | FLI | 0.40 | $120.00 |
| 9/12/00 | Tx | Spoke with Greg Stull re tax returns, continuing the confirmation hearing, and other matters. | FLI | 0.20 | $60.00 |
| 9/25/00 | Tx | Spoke with Greg re need to get Chemigraph returns and amend tax returns for debtor's estate. | FLI | 0.20 | $60.00 |
| 10/23/00 | Tx | Review estate tax returns, error noted, losses not recorded, Amend. | JB | 0.30 | $60.00 |
| 10/23/00 | Tx | Call from Towne re revisions needed. | JB | 0.20 | $40.00 |
| 10/25/00 | Tx | Meet with Towne, review tax returns. | FLI | 0.30 | $90.00 |
| 10/26/00 | Tx | Meet with client to review and sign estate tax returns, direct LQ to file and serve IDR returns on Newbold. | FLI | 1.00 | $300.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| 10/30/00 | Tx | Draft fax letter to Greg Stull, fax with amended returns. | FLI | 0.30 | $90.00 |
| 10/30/00 | Tx | Draft and fax letter to Greg Stull, fax with amended returns, spoke with Eunice Johnson re filed returns. | FLI | 0.50 | $150.00 |
| 11/2/00 | Tx | Spoke with Towne re rescheduling meeting with Greg Stull re tax returns. | FLI | 0.20 | $60.00 |
| 11/3/00 | Tx | Conference call with Greg, Towne re calculating estate taxes and completing agreement with IRS. | FLI | 0.30 | $90.00 |

| | | |
|---|---|---|
| **Time by Natures** | **5.80** | |
| **Fee by Natures** | | **$1690.00** |
| **Total Time** | **46.00** | |
| **Total Fee** | | **$9825.00** |

**EXHIBIT C**

**ATTORNEY TIMES
SORTED BY ATTORNEYS
AND
SUB-SORTED BY NATURES
AND BY DATE**

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/12/00 | DS&P | Review work needed for confirmation, spoke with Towne re tax returns requested long ago. | FLI | 0.30 | $90.00 |
| 8/17/00 | DS&P | Meet with client re tax returns and other matters needed for confirmation. | FLI | 0.20 | $60.00 |
| 8/25/00 | DS&P | Spoke with Towne re tax returns for estate, spoke with client re fees, voting, and other matters. | FLI | 0.40 | $120.00 |
| 9/2/00 | DS&P | Spoke with client re meeting today to prepare for confirmation. | FLI | 0.10 | $30.00 |
| 9/5/00 | DS&P | Prepare for hearing,on adequacy of disclosure statement and confirmation of plan;  confer with counsel. | FLI | 0.50 | $150.00 |
| 9/7/00 | DS&P | Spoke with Collen re whether Avatar agreement will be forthcoming, including a vote in favor of the plan. | FLI | 0.10 | $30.00 |
| 9/7/00 | DS&P | Spoke with Graham re whether Heller will vote in favor of plan. | FLI | 0.20 | $60.00 |
| 9/11/00 | DS&P | Spoke with Graham re objection to claim and vote re plan. | FLI | 0.20 | $60.00 |
| 9/14/00 | DS&P | Spoke with George Towne re status of hearing on disclosure statement and plan.  Call to M. Kuchejda; left message. | FLI | 0.30 | $90.00 |
| 10/9/00 | DS&P | Draft and fax letters to Graham, Stall, Lukin, Collen, Towne and Gleason re final actions needed for confirmation. | FLI | 1.80 | $540.00 |
| 10/9/00 | DS&P | Draft detailed letter to client re actions needed to confirm plan. | FLI | 0.50 | $150.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|------|--------|------|------|------|------|
| 10/23/00 | DS&P | Meet with JB, re status, review settlement draft from Collen re Avatar. | FLI | 0.60 | $180.00 |
| 10/24/00 | DS&P | Spoke with client re revised tax returns, Heller And Avatar. | FLI | 0.20 | $60.00 |
| 10/24/00 | DS&P | Spoke with Towne re revised estate tax returns, cashiers check for plan, and other matters. | FLI | 0.20 | $60.00 |
| 10/24/00 | DS&P | Meet with JB, re confirmation, get approval from client and Collen re Avatar settlement, revise tax returns. | FLI | 0.30 | $90.00 |
| 10/25/00 | DS&P | Conferences with Gleason, Graham, court appearance re confirmation.  Get continuation date. | FLI | 0.40 | $120.00 |
| 11/2/00 | DS&P | Organize file, draft summary of objections sustained, prepare for confirmation. | FLI | 0.50 | $150.00 |
| 11/6/00 | DS&P | Draft Exhibit A to Plan--modification of 2nd Amended Plan--to be attached to order of confirmation. | FLI | 0.60 | $180.00 |
| 11/6/00 | DS&P | Spoke with Greg Stull re treatment of IRS in chapter 11 plan. | FLI | 0.30 | $90.00 |
| 11/6/00 | DS&P | Meet with client to prepare for confirmation. | FLI | 0.50 | $150.00 |
| 11/7/00 | DS&P | Draft new version of Exhibit A.  Spoke with Peter Spier re settlement with Avatar--he will give deed to lots 57 and 58 and release of indebtedness. | FLI | 0.40 | $120.00 |
| 11/8/00 | DS&P | Spoke with Peter Spier and Greg Stull to prepare for hearing on disclosure statement and plan. | FLI | 0.40 | $120.00 |

2

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 11/8/00 | DS&P | Review message from Graham. Revise Agreed Order with Heller. Revise agreed orders with IRS and IDR. | FLI | 0.70 | $210.00 |
| 11/8/00 | DS&P | Court appearance re final approval of disclosure statement and confirmation of second amended plan. Conferences with Gleason, Graham, Spier, Stull and Newbold. | FLI | 1.00 | $300.00 |
| 11/9/00 | DS&P | Draft letter to client. Direct LQ to made copies of documents to convey to client re confirmation and post confirmation tasks. | FLI | 0.50 | $150.00 |
| 11/9/00 | DS&P | Spoke with Peter Spier. Fax and mail letter to him with copy of agreed order. | FLI | 0.20 | $60.00 |
| 12/18/00 | DS&P | Prospective: prepare distribution of funds according to plan and report of plan payments, motion to close case. Court appearance re same. | FLI | 1.50 | $450.00 |
| | | **Time by Natures** | | **12.90** | |
| | | **Fee by Natures** | | | **$3870.00** |
| 7/27/00 | Fee | Edit time sheets for fee petition. | FLI | 0.70 | $210.00 |
| 8/3/00 | Fee | Prepare time sheets as exhibits; direct RH to draft third interim fee application. | FLI | 0.40 | $120.00 |
| 8/17/00 | Fee | Review and revise 3rd fee application for fees. | FLI | 0.50 | $150.00 |
| 8/19/00 | Fee | Review and approve 3rd interim fee application. | FLI | 0.30 | $90.00 |
| 9/12/00 | Fee | Prepare for court and court appearance re 3rd interim fee application, direct JB to revise order. | FLI | 0.50 | $150.00 |

3

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|------|--------|------|------|------|------|
| 11/13/00 | Fee | Direct RH to prepare 4th fee application. | FLI | 0.10 | $30.00 |
| 11/13/00 | Fee | Edit time sheets. Discuss prospective fee application with client. Give him copy of time sheets. | FLI | 1.00 | $300.00 |
| 12/18/00 | Fee | Prospective: review and revise fee application; court appearance for entry of order allowing fees. | FLI | 0.50 | $150.00 |
| | | **Time by Natures** | | **4.00** | |
| | | **Fee by Natures** | | | **$1200.00** |
| 7/26/00 | M&I | Call to Weissman, final agreement on text of settlement, draft cover letter, messenger with 4 originals of agreement. | FLI | 0.80 | $240.00 |
| | | **Time by Natures** | | **0.80** | |
| | | **Fee by Natures** | | | **$240.00** |
| 8/3/00 | Obj | Spoke with Brian Graham re objection to Heller's claim and confirmation of plan. | FLI | 0.30 | $90.00 |
| 9/11/00 | Obj | Spoke with Collen re whether Avatar agreement is moving forward. | FLI | 0.20 | $60.00 |
| 9/12/00 | Obj | Spoke with Collen re agreed order brought to court by associate. | FLI | 0.20 | $60.00 |
| 10/5/00 | Obj | Spoke with client re settlement with Avatar. | FLI | 0.20 | $60.00 |
| 10/25/00 | Obj | Meet with Newbold re proof of claim and client's objection, also re amended 1041-x form. | FLI | 0.40 | $120.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/25/00 | Obj | Spoke with Collen re agreement with client re return of property to Avatar. | FLI | 0.20 | $60.00 |
| 10/30/00 | Obj | Spoke with Greg Stull re power of attorney for Towne to discuss estate and individual returns, agreement re proof of claim, and settlement of claim. | FLI | 0.30 | $90.00 |
| 11/2/00 | Obj | Refax letter to Collen. | FLI | 0.10 | $30.00 |
| 11/2/00 | Obj | Review file, draft letter to Collen, fax. | FLI | 0.30 | $90.00 |
| 11/6/00 | Obj | Call to John Collen re Agreed Order with Avatar. Letter to Collen re same. Fax and messenger to Collen. | FLI | 0.40 | $120.00 |
| 11/6/00 | Obj | Draft letter to Brian Graham; fax to him with copies of Exhibit A and other documents. | FLI | 0.60 | $180.00 |
| 11/7/00 | Obj | Spoke with George Towne re final revised tax returns, trustee's fees, and settlement with IRS. | FLI | 0.20 | $60.00 |
| 11/7/00 | Obj | Spoke with Brian Graham re settlement with Heller. Draft agreed order re objection to claim. Draft letter to Brian. Fax with Agreed Order and Exhibit A. | FLI | 0.40 | $120.00 |
| | | **Time by Natures** | | **3.80** | |
| | | **Fee by Natures** | | | **$1140.00** |
| 9/6/00 | Trste | Fax letter to Gleason with 1999 federal estate tax returns. | FLI | 0.20 | $60.00 |
| 9/6/00 | Trste | Draft and fax letter to Gleason, state tax returns. | FLI | 0.20 | $60.00 |

5

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 9/11/00 | Trste | Draft and fax letter to Gleason re update on hearing. | FLI | 0.20 | $60.00 |
| 11/6/00 | Trste | Draft letter to Katy Gleason; fax to her with copies of Exhibit A, settlement with Avatar, and other documents. | FLI | 0.70 | $210.00 |
| 11/7/00 | Trste | Draft and fax letter to K. Gleason re status of settlements and readiness to confirm plan. | FLI | 0.20 | $60.00 |
| | | **Time by Natures** | | **1.50** | |
| | | **Fee by Natures** | | | **$450.00** |
| 7/19/00 | Tx | Spoke with Rick Fogel re closing statement on Kedzie sale. | FLI | 0.20 | $60.00 |
| 8/2/00 | Tx | Spoke with George Towne re estate returns for 1999 and other matters. | FLI | 0.20 | $60.00 |
| 9/2/00 | Tx | Spoke with Towne re IRS claim against estate. | FLI | 0.10 | $30.00 |
| 9/2/00 | Tx | Spoke with Towne re estate returns. | FLI | 0.20 | $60.00 |
| 9/2/00 | Tx | Spoke with client re tax returns, confirmation. | FLI | 0.20 | $60.00 |
| 9/5/00 | Tx | Spoke with Towne re tax returns to be sent to me by overnight mail. | FLI | 0.20 | $60.00 |
| 9/6/00 | Tx | Review and file tax returns at IRS and IDR. | FLI | 0.60 | $180.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 9/6/00 | Tx | Spoke with Greg re tax returns, draft letter to him, fax with returns. | FLI | 0.40 | $120.00 |
| 9/6/00 | Tx | Draft and fax letter to Newbold, copies of state tax returns. | FLI | 0.20 | $60.00 |
| 9/12/00 | Tx | Spoke with Greg Stull re tax returns, continuing the confirmation hearing, and other matters. | FLI | 0.20 | $60.00 |
| 9/25/00 | Tx | Spoke with Greg re need to get Chemigraph returns and amend tax returns for debtor's estate. | FLI | 0.20 | $60.00 |
| 10/25/00 | Tx | Meet with Towne, review tax returns. | FLI | 0.30 | $90.00 |
| 10/26/00 | Tx | Meet with client to review and sign estate tax returns, direct LQ to file and serve IDR returns on Newbold. | FLI | 1.00 | $300.00 |
| 10/30/00 | Tx | Draft fax letter to Greg Stull, fax with amended returns. | FLI | 0.30 | $90.00 |
| 10/30/00 | Tx | Draft and fax letter to Greg Stull, fax with amended returns, spoke with Eunice Johnson re filed returns. | FLI | 0.50 | $150.00 |
| 11/2/00 | Tx | Spoke with Towne re rescheduling meeting with Greg Stull re tax returns. | FLI | 0.20 | $60.00 |
| 11/3/00 | Tx | Conference call with Greg, Towne re calculating estate taxes and completing agreement with IRS. | FLI | 0.30 | $90.00 |

**Time by Natures**                                        5.30

**Fee by Natures**                                        $1590.00

7

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*                                Kuchejda, Michael
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| 10/16/00 | DS&P | Call Graham re vote, he will oppose. | JB | 0.20 | $40.00 |
| 10/16/00 | DS&P | Call Collen re vote. | JB | 0.10 | $20.00 |
| 10/16/00 | DS&P | Review file, votes for plan. | JB | 0.50 | $100.00 |
| 10/16/00 | DS&P | Call client re status. | JB | 0.10 | $20.00 |
| 10/16/00 | DS&P | Call Graham re vote. | JB | 0.10 | $20.00 |
| 10/20/00 | DS&P | Call Towne re check to be deposited in trust account. | JB | 0.20 | $40.00 |
| | | **Time by Natures** | | **1.20** | |
| | | **Fee by Natures** | | | **$240.00** |
| 10/20/00 | Obj | Review stipulation, discuss with FLI. | JB | 0.20 | $40.00 |
| 10/20/00 | Obj | Call Collen re Avatar. | JB | 0.20 | $40.00 |
| 10/23/00 | Obj | Call from Lukin re objection to IDR claim. | JB | 0.10 | $20.00 |
| 10/23/00 | Obj | Call from Collen, revised stipulation. | JB | 0.20 | $40.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 10/24/00 | Obj | Call from Collen re getting Elizabeth to sign off on stipulation. | JB | 0.20 | $40.00 |
| | | **Time by Natures** | | **0.90** | |
| | | **Fee by Natures** | | | **$180.00** |
| 10/20/00 | Trste | Call trustee re confirmation. | JB | 0.10 | $20.00 |
| 10/23/00 | Trste | Call Gleason re extension of time. | JB | 0.30 | $60.00 |
| | | **Time by Natures** | | **0.40** | |
| | | **Fee by Natures** | | | **$80.00** |
| 10/23/00 | Tx | Call from Towne re revisions needed. | JB | 0.20 | $40.00 |
| 10/23/00 | Tx | Review estate tax returns, error noted, losses not recorded, Amend. | JB | 0.30 | $60.00 |
| | | **Time by Natures** | | **0.50** | |
| | | **Fee by Natures** | | | **$100.00** |
| 8/4/00 | Fee | Started drafting fee application (third) and related documents. | RH | 1.00 | $50.00 |
| 8/9/00 | Fee | Continued drafting 3rd fee application. | RH | 0.30 | $15.00 |
| 8/17/00 | Fee | Finished 1st draft of 3rd interim fee application., gave to FLI for review. | RH | 2.30 | $115.00 |

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 8/18/00 | Fee | Revisions to 3rd fee application, typed notice of motion and minute order, sent summary of fees to client, print all documents for FLI . | RH | 3.50 | $175.00 |
| 8/22/00 | Fee | Filed notice of hearing re 3rd fee application. | RH | 0.30 | $15.00 |
| 11/14/00 | Fee | Prepare 4th fee application, notices, order. | RH | 1.50 | $75.00 |
| | | **Time by Natures** | | **8.90** | |
| | | **Fee by Natures** | | | **$445.00** |
| 7/25/00 | DS&P | Mail notice of extended date for balloting to service list; file certificate of service. | SM | 0.70 | $35.00 |
| | | **Time by Natures** | | **0.70** | |
| | | **Fee by Natures** | | | **$35.00** |
| 8/21/00 | Fee | Complete fee application, edit, copy, file, and serve. | SM | 2.00 | $100.00 |
| 9/15/00 | Fee | Edit order for Judge Schwartz, deliver to chambers. | SM | 0.50 | $25.00 |
| | | **Time by Natures** | | **2.50** | |
| | | **Fee by Natures** | | | **$125.00** |
| 7/26/00 | M&I | Deliver copy of agreed order to Kimberly Weissman to sign and bring to Judge Schwartz. | SM | 0.30 | $15.00 |
| | | **Time by Natures** | | **0.30** | |
| | | **Fee by Natures** | | | **$15.00** |

**FORREST L. INGRAM, P.C.**

*Attorneys and Counsellors*

79 W. Monroe, Suite 1210

Chicago, IL 60603-4907

Kuchejda, Michael

| Date | Nature | Item | Atty | Time | Fee |
|------|--------|------|------|------|-----|
| 7/17/00 | Obj | Revise objection to Heller claim; copy, file, and serve. | SM | 1.00 | $50.00 |
| 9/12/00 | Obj | Draft certificates of service for 7 orders allowing objections to claims, mail orders and objections and file certificate of service. | SM | 1.30 | $65.00 |

**Time by Natures**     **2.30**

**Fee by Natures**     **$115.00**

**Total Time**     **46.00**

**Total Fee**     **$9825.00**

**EXHIBIT D**

**SUMMARY OF COSTS**

**Michael Kuchjeda**
**Expenses for 4th Fee Petition**
**November 21, 2000**

**Summary**

| | |
|---|---|
| **Photocopying Cost:** | **$288.20** |
| **Facsimile Cost:** | **$11.50** |
| **Postage Cost:** | **$3.30** |
| | |
| **Total** | **$303.00** |

Photocopying cost .20 per page

| Date | Matter | Pages | Copies | Total Copies | .20 per page |
|---|---|---|---|---|---|
| 8/21/00 | 3rd Fee Application | 88 | 12 | 1056 | 211.20 |
| 8/21/00 | Notice of motion for 3rd Fee App. | 4 | 25 | 100 | 20.00 |
| 8/21/00 | Notice of hearing for 3rd Fee App. | 2 | 25 | 50 | 10.00 |
| 9/06/00 | Federal tax returns - estate | 11 | 3 | 33 | 6.60 |
| 9/12/00 | Orders re: objections to claims | 7 | 3 | 21 | 4.20 |
| 9/25/00 | Tax returns | 17 | 1 | 17 | 3.40 |
| 10/07/00 | Agreed Order | 2 | 4 | 8 | 1.60 |
| 10/07/00 | Plan | 21 | 4 | 84 | 16.80 |
| 10/08/00 | Agreed Order | 3 | 5 | 15 | 3.00 |
| 10/08/00 | Agreed Order | 2 | 5 | 10 | 2.00 |
| 10/08/00 | Agreed Order | 2 | 5 | 10 | 2.00 |
| 11/09/00 | Avatar Agreed Order | 5 | 5 | 25 | 5.00 |
| 11/18/00 | Report of Distribution | 2 | 6 | 12 | 2.40 |

Facsimile cost .50 per page

| Date | Matter | Total Faxes | .50 per page |
|---|---|---|---|
| 11/06/00 | Disclosure statement & Plan to K. Gleason | 10 | 5.00 |
| 11/07/00 | Agreed Order – Heller to K. Gleason | 3 | 1.50 |
| 11/07/00 | Agreed Order – Heller to B. Graham | 3 | 1.50 |
| 11/07/00 | Order re: Plan to Peter Speir | 3 | 1.50 |
| 11/18/00 | Letter re: quitclaim deed to Andrew Allen | 2 | 1.00 |
| 11/18/00 | Letter re: quitclaim deed and taxes to G. Towne | 2 | 1.00 |

Postage Cost

| Date | Matter | No. of Env. | Cost per Env. | Total Postage Cost |
|---|---|---|---|---|
| 9/12/00 | Orders re: objections to claims | 7 | .33 | 2.31 |
| 9/25/00 | To IRS/Local Counsel | 1 | .99 | .99 |

**EXHIBIT E**

**EMPLOYEES OF FORREST L. INGRAM, P.C.**

## ATTORNEYS OF FORREST L. INGRAM, P.C.

**Forrest L. Ingram, Attorney.** BA Spring Hill College, 1962; MA, Spring Hill College; 1963; MA University of Southern California, 1965; Ph.D., University of Southern California, 1967; BD, Gemeinte Universiteit te Amsterdam, 1970; Associate Professor, Loyola University New Orleans, 1969-73; Editor, Department of English, Moorhead State University, Moorhead, MN, 1974-76; Professor, Chairman Department of English and Communicative Arts, Roosevelt University, Chicago, 1976-84; Author/Editor: various books, articles, reviews; JD, IIT-Chicago Kent College of Law, 1981. Law Review; Dean's List; Bar & Gavel Award. Admitted to practice: Supreme Court of the State of Illinois, 1981; U.S. District Court, Northern District of Illinois, 1981; Seventh Circuit Court of Appeals, 1989; United States Supreme Court, 1995. ISBA, CBA. Member Bankruptcy and Reorganization Committee.

**Julie A. Boynton, Attorney.** BS, Western Illinois University, 1974; Dean's List, Illinois State Teacher's Scholarship, President WIU Chapter National Honor Society Psychology; teaching assistant; MS Southern Illinois University, 1981; JD, John Marshall School of Law, 1994. Admitted to practice: Supreme Court of the State of Illinois, 1994; U.S. District Court, Northern District of Illinois, 1994, Seventh Circuit Court of Appeals, 1996. ABA, ISBA, CBA, Member Bankruptcy and Reorganization Committee.

1